UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KEYON WHITE,<br>Petitioner<br>v.<br>NEIL McDOWELL,<br>Respondent. | Case No. EDCV 14-2480-R (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 14, 2017      _____
                                                       MANUEL L. REAL
                                                       UNITED STATES DISTRICT JUDGE